■ KATHARINE F. LEWIS et al., Respondents, v. EDWARD S. CLINCH, Appellant, et al., Defendants. — Order unanimously affirmed, without costs and without prejudice to defendant moving to obtain copies of reports by plaintiffs' physicians. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ SAMUEL NEWMAN, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant, et al., Defendant.— Order granting plaintiff an examination before trial of defendant, Transit Authority, as to its rules and regulations, unanimously affirmed, with $20 costs and disbursements to respondent. In permitting the examination, we do not pass on the admissibility of the rules and regulations in evidence at the trial. All we hold is that under the pleadings, as they now stand, it cannot be said that the applicable rules and regulations (which are not before us) would be inadmissible. Consequently, plaintiff should be allowed to examine as to their existence or contents. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ In the Matter of EVA ROSENTHAL et al., Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and MARIE-ELISE DONNEAUX, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent State Rent Administrator. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bastow, JJ.

■ CLEM McCARTHY, Respondent, v. EDWARD J. C. OWENS, Appellant.— Judgment unanimously reversed on the ground of the excessiveness of the verdict and a new trial ordered, with costs to abide the event, unless plaintiff stipulates to reduce the verdict to the sum of $50,000, in which event the judgment, as so modified, is affirmed, with costs to defendant-appellant. Settle order on notice. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bastow, JJ.

■ In the Matter of ALFREDO HORNEDO, Appellant, against PAROLE COMMISSION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, without costs. The sole question presented has become academic by reason of the expiration of the penitentiary sentence. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bastow, JJ.

■ JOAN DAXE, Respondent, v. ELLIOTT DAXE, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bastow, JJ.

■ EMILY H. STORFF, Respondent, v. DAVID N. ABERMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.